Opinion issued October 20, 2011.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-08-00211-CV

———————————

TERESA J. BUDZYN, Appellant

V.

CITIBANK (SOUTH DAKOTA),
N.A., Appellee



 



 

On Appeal from the County Civil Court at
Law No. 3 

Harris County, Texas



Trial Court Cause No. 834504

 



MEMORANDUM OPINION

We dismiss this appeal for want of
prosecution.  On May 19, 2010, we abated
this case because appellant, who was a defendant in the trial court, filed a
suggestion of bankruptcy.  On June 27,
2011, we advised the parties that the Court had learned from the bankruptcy
court’s information service that the bankruptcy case was ordered closed on May
18, 2010 and that, unless a party to the appeal filed a motion to retain by July
18, 2011, the appeal would be reinstated and dismissed for want of
prosecution.  A motion to retain has not
been filed.

Accordingly, we reinstate the appeal
on our active docket, and we dismiss
the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b), (c).

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Bland and Huddle.